UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | NOS. CR-05-206-RHW-2 |
|---|---|
| Plaintiff, | CV-09-1639-RHW |
| v. | **ORDER DENYING PETITIONER'S MOTION FOR CERTIFICATE OF APPEALABILITY** |
| SAMUEL LINDBLAD, | |
| Defendant. | |

On April 1, 2011, the Court denied Defendant's Motion to Vacate, Set Aside, or Correct Sentence by a Person in Federal Custody (ECF No. 198). Defendant has appealed that order.

In order to pursue any appeal from the denial or dismissal for writ of habeas corpus brought by a federal prisoner under Section 2255, a petitioner must first obtain a certificate of appealability. 28 U.S.C. § 2253(c):

> (c)(1) Unless a circuit justice or judge issues a certificate of appealability, an appeal may not be taken to the court of appeals from--
> (A) the final order in a habeas corpus proceeding in which the detention complained of arises out of process issued by a State court; or
> (B) the final order in a proceeding under section 2255.
> (2) A certificate of appealability may issue under paragraph (1) only if the applicant has made a substantial showing of the denial of a constitutional right.

**ORDER DENYING PETITIONER'S MOTION FOR CERTIFICATE OF APPEALABILITY** ~ 1

A district court possesses the authority to issue a certificate of appealability. *United States v. Asrar*, 116 F.3d 1268, 1270 (9th Cir.1997). This Court will issue a certificate of appealability when a petitioner makes a substantial showing of the denial of a constitutional right. 28 U.S.C. § 2253(c)(2). To make a substantial showing, the Petitioner must show that reasonable jurists could debate whether the petition should have been resolved in a different manner or that the issues presented were adequate to deserve encouragement to proceed further.'" *Miller–El v. Cockrell*, 537 U.S. 322, 335-336 (2003) (*quoting Slack v. McDaniel*, 529 U.S. 473, 484 (2000)).

For the reasons stated in the Court's order denying habeas relief, Defendant is not able to make a substantial showing of a denial of a constitutional right. These determinations are not debatable among jurists of reason, a court could not resolve the issues in a different manner, and there is no issue of sufficient adequacy to deserve encouragement to proceed further. Because Petitioner has not made a substantial showing of the denial of a constitutional right, the Court declines to issue a certificate of appealability. 28 U.S.C. § 2253(c).

Accordingly, **IT IS HEREBY ORDERED**

1. Defendant's Motion for Certificate of Appealability (ECF No. \_\_\_) is **DENIED**.

2. The Court declines to enter a Certificate of Appealability

**IT IS SO ORDERED.** The District Court Executive is directed to enter this Order and forward copies to Defendant and counsel.

**DATED** this 13th day of September, 2011.

    *s/Robert H. Whaley*
    ROBERT H. WHALEY
    United States District Court

C:\Temp\notesD30550\COA.wpd

**ORDER DENYING PETITIONER'S MOTION FOR CERTIFICATE OF APPEALABILITY** ~ 2